# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-551-RJC-DCK

| | |
|---|---|
| SOUTHERN BUILDING MATERIALS ASSOCIATION, INC., ) ) ) Plaintiff, ) ) v. ) ) SUNTRUST BANK, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Stay" (Document No. 7) filed October 12, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Stay" (Document No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is hereby **STAYED** in all respects until **February 1, 2013** with the exception of any discovery (specifically including third-party discovery) mutually agreed to by the parties and the mediation scheduled by the parties. If the parties resolve this litigation before the termination of the stay, they shall so notify the Court within 5 days of such resolution. If the parties have not resolved the litigation prior to the termination of the stay, then Defendant shall file a response to the complaint on or before **February 8, 2013**.

**SO ORDERED**.

Signed: October 12, 2012

David C. Keesler
United States Magistrate Judge

2